■

**STATE**

v.

**GIBSON**

20160224
20140283

Supreme Court of Utah.

05/18/2016

Petition for Writ of Certiorari Denied.

■

**STATE**

v.

**HAWKINS**

20160229
20130468

Supreme Court of Utah.

06/15/2016

Petition for Writ of Certiorari Denied.

■

**STATE**

v.

**HAND**

20160293
20140210

Supreme Court of Utah.

06/09/2016

Petition for Writ of Certiorari Denied.

■

**STATE**

v.

**JONES**

20160384
20160206

Supreme Court of Utah.

06/09/2016

Petition for Writ of Certiorari Denied.

■

**IN RE D.B.**

20160116
20150567

Supreme Court of Utah.

05/16/2016

Petition for Writ of Certiorari Denied.

■

**SHERRATT**

v.

**SORENSON**

20160128
20150607

Supreme Court of Utah.

05/18/2016

Petition for Writ of Certiorari Denied.

